RYBICKI & BLEVANS, LLP
Richard C. Rybicki (SBN: 160096), rrybicki@rbcounsel.com
Brandon R. Blevans (SBN: 197281), bblevans@rbcounsel.com
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404
Telephone: (707) 524-7000
Facsimile: (707) 546-6800

BEYERS | COSTIN P.C.
Peter L. Simon (SBN: 178393), psimon@beyerscostin.com
Steven J. Bleasdell (SBN: 191522), sbleasdell@beyerscostin.com
200 Fourth Street, Ste. 400
Santa Rosa, CA 95401
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Plaintiffs, Plaintiff Class and Collective Class

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400), gdiekmann@seyfarth.com
Robert W. Tollen (SBN 038875), rtollen@seyfarth.com
Todd C. Amidon (SBN 215320), tamidon@seyfarth.com
Adrienne E. Nelson (SBN 209305), anelson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
Weight Watchers North America, Inc. and Weight Watchers International, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEROL OCKRASSA, ROBIN THOMAS, GRACE WOOD, and JESSICA WOOD, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEIGHT WATCHERS, NORTH AMERICA, INC., WEIGHT WATCHERS INTERNATIONAL, INC. and DOES 1 - 200, inclusive,<br><br>Defendants. | Case No. C 04-2873 CRB<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND** [PROPOSED] **ORDER**<br><br>Date: January 20, 2006<br>Time: 8:30 a.m.<br>Judge: Hon. Charles R. Breyer<br>Place: Courtroom 8, 19th Floor<br>San Francisco Federal Building |

Supplemental Joint Case Management Statement and [Proposed] Order
Case No. C 04-2873 CRB

At the last Case Management Conference, the parties advised the Court that there were a number of details in a tentative settlement that were threatening resolution of the case. The Court directed the parties to return to the mediator. They did so. As of the date of this statement, the parties have just resolved the outstanding issues. They are hopeful that there are no other issues otherwise holding up the settlement, and request that the Court continue this Case Management Conference for 30 days.

DATED: January 10, 2006                    BEYERS | COSTIN P.C.

                                           /s/
                                           By_____
                                              Peter L. Simon
                                              Attorneys for Plaintiffs and Class

DATED: January 10, 2006                    SEYFARTH SHAW LLP

                                           /s/
                                           By_____
                                              Todd C. Amidon
                                              Attorneys for Defendants

I attest that I obtained Todd C. Amidon's concurrence in the filing of this document. I will maintain records to show this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of this action (including appeal, if any).

                                           /s/
Dated: January 10, 2006                    _____
                                           Peter L. Simon

1 **SUPPLEMENTAL CASE MANAGEMENT ORDER**

2       The Supplemental Case Management Statement and Proposed Order is hereby adopted
3 by the Court as a Supplemental Case Management Order for the case and the parties are ordered
4 to comply with this Order. In addition, the Court orders:

11 Dated: January 20, 2006

                                              Charles R. Breyer
                                              United States

*IT IS SO ORDERED — Judge Charles R. Breyer*