1  DICKENSON, PEATMAN & FOGARTY
   Brandon R. Blevans (SBN 197281), bblevans@dpf-law.com
2  50 Old Courthouse Square, Suite 311
   Santa Rosa, CA 95404
3  Telephone: (707)524.7000
   Facsimile: (707)546.6800 (fax)
4
   BEYERS COSTIN P.C.
5  Peter L. Simon (SBN: 178393), psimon@beyerscostin.com
   Steven J. Bleasdell (SBN: 191522), sbleasdell@beyerscostin.com
6  200 Fourth Street, Suite 400
   Santa Rosa, CA 95401
7  Telephone: (707) 547-2000
   Facsimile: (707) 526-3672
8
   Attorneys for Plaintiff, Plaintiff Class and Collective Class
9
   SEYFARTH SHAW LLP
10 Gilmore F. Diekmann, Jr. (SBN 050400) gdiekmann@seyfarth.com
   Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
11 Mark S. Ross (SBN 64812) mross@seyfarth.com
   Adrienne E. Nelson (SBN 209305) anelson@seyfarth.com
12 560 Mission Street, Suite 3100
   San Francisco, California 94105
13 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
14
   Attorneys for Defendants
15 WEIGHT WATCHERS, NORTH AMERICA, INC. and WEIGHT WATCHERS
   INTERNATIONAL, INC.
16
                    UNITED STATES DISTRICT COURT
17
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| CHEROL OCKRASSA, ROBIN THOMAS, GRACE WOOD, and JESSICA WOOD, individuals on their own behalves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>WEIGHT WATCHERS, NORTH AMERICA, INC., WEIGHT WATCHERS INTERNATIONAL, INC. and DOES 1 - 200, inclusive,<br><br>        Defendants. | Case No. C 04 2873 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1   Plaintiffs Cherol Ockrassa, Robin Thomas, Grace Wood and Jessica Wood, individually
2  and on behalf of all others similarly situated, and Defendant Weight Watchers, North America,
3  Inc. and Weight Watchers International, Inc. have reached a resolution of this matter. The
4  parties stipulate and agree that all requirements have been met as set forth in the Class Action
5  Settlement Agreement, the Amendment to Class Action Settlement Agreement and the Judgment
6  and Order re Final Approval of Class Action Settlement and Dismissal With Prejudice dated
7  June 1, 2007. Therefore, the parties agree to dismiss this action in its entirety with prejudice,
8  pursuant to Fed.R.Civ.P. 41(a).
9   The parties seek the Court's approval of dismissal of this action with prejudice.

10  DATED: December 5, 2008     SEYFARTH SHAW LLP

12                                By  /s/
13                                    Gilmore F. Diekmann, Jr.
                                  Attorneys for Defendants
14                                WEIGHT WATCHERS, NORTH
                                  AMERICA, INC. AND WEIGHT
15                                WATCHERS INTERNATIONAL, INC.

16  DATED: December 5, 2008     DICKENSON, PEATMAN & FOGARTY

18                                By  /s/
                                      Brandon R. Blevans
19                                Attorneys for Plaintiffs

20
21  DATED: December 5, 2008     BEYERS COSTIN P.C.

23                                By  /s/
                                      Peter L. Simon
24                                Attorneys for Plaintiffs

25  IT IS SO ORDERED.

27  DATED: Dec. 08, 2008         _____
                                  Hon. Charles R. Breyer
28                                United States District

SF1 28320061.1 / 38056-000003
                                  2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE / Case No. C04-2873 CRB